

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Tommy Vincent Jetton,          * From the 266th District
Court of Erath County,
Trial Court No. CR 12704-A.

Vs. No. 11-14-00264-CR         * June 18, 2015

The State of Texas,          * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.